```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS, et al..,

                           Plaintiffs,

09 Civ. 1734 (PKC)

ORDER

    -against-

CLUB CRUISE ENTERTAINMENT, et al..,
                          Defendants.
-----------------------------------------------------------x
P. KEVIN CASTEL, District Judge:

        A writ of maritime attachment is sought in an action relating to a claim for unpaid marine insurance premiums. It is not self-evident that such a claim qualifies as a maritime action.

        Plaintiff is invited to submit a letter brief by March 4.

        SO ORDERED.

                                              P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
           February 25, 2009